ADOLPH MUNTER, JR., an Infant, by ADOLPH MUNTER, His Guardian ad Litem, Appellant, v. MICHAEL STAUB, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

GRACE SHAPIRO, Appellant, v. ALMER E. WANSER and RALPH A. LEWIS, Heretofore Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements, upon the ground that the defendants deny that they made the notes, and also the ownership of the plaintiff. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

ARTHUR W. SMITH, Respondent, v. FORD MOTOR COMPANY, Appellant.— Order modified by striking from the original order for examination of defendant by its managing agent the provision that he may be examined as to the names and addresses of the physicians employed by defendant to make physical examinations of the latter's employees, and who did make such examinations in the case of Tibbetts and the plaintiff; and further, by providing that the books and papers of the defendant corporation which are to be produced shall be limited to those which are kept within the State of New York in the custody of the said managing agent; and as so modified affirmed, without costs. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

JACOB EISENBERG, as Administrator, etc., Respondent, v. HUGO R. LEHRFELD, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

FREDERICK D. FREMD and Another, etc., Respondents, v. AMANDA M. HALSTED and Others, as Executors, etc., of AUGUSTUS M. HALSTED, Deceased, Appellants.— Motion granted on condition that the appeal be perfected, and the case placed on the June calendar to be argued when reached; otherwise, motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of the CITY OF NEW YORK, etc., for the Opening and Extending of Addison Place from Laurel Hill Boulevard to Anable Avenue, etc. THE COURTNEY DEVELOPMENT COMPANY.— Motion to dismiss appeal granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of the CITY OF NEW YORK, etc., for the Opening and Extending of Addison Place from Laurel Hill Boulevard to Anable Avenue, etc. CARLL and Others.— Motion to dismiss appeal granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOSIE B. MACMAHON, Respondent, v. JOHN SCHOENER, Appellant.— Motion for stay denied, on the ground that an order granting a preference upon extrinsic facts is not appealable; but this does not deprive the justice presiding at the Trial Term, Part I, of the exercise of his discretion in the control of the calendar. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.

JAMES E. J. SCULLY, Respondent, v. EMMA SCULLY, Defendant. WALTER T. HAZRICK, Corespondent, Appellant.— Motion granted to the extent of modifying the order and judgment of this court, entered on the 31st